UNITED STATES of America, Plaintiff–Appellee

v.

Darrell M. POLLARD, Defendant–Appellant.

No. 08–31041
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2009.

Tony Gordon Sanders, Assistant, U.S. Attorney, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Dane S. Ciolino, New Orleans, LA, for Defendant–Appellant.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Darrell M. Pollard has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pollard has filed a response. Our independent review of the record, counsel's brief, and Pollard's response discloses no non-frivolous issue for appeal. Accordingly,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR R. 47.5.4.